## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROADTEX TRANSPORTATION, LLC, | Civil Action No. 24-4185 (RK) (RLS) |
| Plaintiff, |  |
| v. | **ORDER** |
| SALVATORE DELLA DONNE, *et al.*, |  |
| Defendants. |  |

**RUKHSANAH L. SINGH, United States Magistrate Judge.**

**PRESENTLY** before the Court are several motions: a motion to compel Plaintiff Roadtex Transportation, LLC ("Roadtex") to supplement its answers to written discovery and its document production filed by Defendants Robert Kelly, Jr. and High Road Transportation, LLC, (Doc. No. 59); a motion to compel Defendants Robert Kelly, Jr., High Road Transportation, LLC, and Salvatore Della Donne (collectively, "Defendants") to supplement their responses to interrogatories and requests for production filed by Roadtex, (Doc. No. 60); and a motion to compel Defendants to supplement their responses to supplemental requests for production filed by Roadtex, (Doc. No. 84). The Court has fully considered the parties' written submissions and the arguments of counsel during oral argument at a conference held on August 12, 2025. For the reasons set forth on the record, and for good cause shown,

**IT IS** on this **12th** day of **August 2025**,

**ORDERED** that Defendants Robert Kelly, Jr. and High Transportation, LLC's motion to compel (Doc. No. 59) is hereby **DENIED**; and it is further

**ORDERED** that Plaintiff Roadtex's motions to compel (Doc. Nos. 60, 84) are hereby **GRANTED**; and it is further

1

**ORDERED** that a telephone status conference will be held before the undersigned on **September 9, 2025 at 12:00 p.m.** The Court will circulate a dial-in number at a later date. No later than three (3) business days prior to the telephone status conference, the parties shall submit a joint status letter to the Court via CM/ECF not to exceed three (3) pages, setting forth the status of discovery and identifying any issues ripe for discussion with the Court; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to **TERMINATE** the Motions pending at Docket Entry Numbers 53, 59, 60, and 84.

**SO ORDERED.**

/s/ Rukhsanah L. Singh

**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**